IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: KRYSTAL R. JOHNSON                      CASE NO: 4:20-bk-10128 T
       DEBTOR                                                 CHAPTER 13

## CHAPTER 13 ORDER DISMISSING CASE
## FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on November 12, 2020, Docket Entry 37, requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of November 12, 2020.

IT IS SO ORDERED.

Date: February 19, 2021                                    /s/ Richard D. Taylor
                                                                               Richard D. Taylor
                                                                               United States Bankruptcy Judge

cc: Joyce Bradley Babin, Trustee

     Bueker Law Firm
     Attorney At Law
     1702 S Main St
     Stuttgart, AR 72160

     Krystal R. Johnson
     505 Winchester Rd., Lot 9
     Monticello, AR 71655